| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>EMANUEL DELVALLE<br><br>Debtor. | Order Filed on November 27, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |

| | |
|---|---|
| Case No.: | 17-30701 (JKS) |
| Judge: | Hon. John K. Sherwood |
| Chapter: | 11 |

**ORDER EXCUSING DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 27, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

**Debtor:**           **Emanuel Delvalle**
**Case No.:**          17-30701 (JKS)
**Caption of Order:**  Order Excusing Debtor's Failure to Comply with 11 U.S.C. § 109(h)

**WHEREAS** the Court issued an Order to Show Cause why the case should not be dismissed due to the debtor's failure to receive credit counseling during the 180-day period ending on the date of the filing of the petition in accordance with 11 U.S.C. § 109(h); and the debtor completed the required credit counseling course on November 7, 2017; and for good cause shown; it is

**ORDERED** that the debtor's failure to comply with 11 U.S.C. § 109(h) is excused.