UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on November 27,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey**

In Re:

EMANUEL DELVALLE

　　　　　　　Debtor.

| | |
|---|---|
| Case No.: | 17-30701 (JKS) |
| Judge: | Hon. John K. Sherwood |
| Chapter: | 11 |

**ORDER EXCUSING DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 27,
2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2 of 2

**Debtor:**                    **Emanuel Delvalle**

**Case No.:**                  17-30701 (JKS)

**Caption of Order:**          Order Excusing Debtor's Failure to Comply with 11 U.S.C. § 109(h)


     **WHEREAS** the Court issued an Order to Show Cause why the case should not be dismissed due to the debtor's failure to receive credit counseling during the 180-day period ending on the date of the filing of the petition in accordance with 11 U.S.C. § 109(h); and the debtor completed the required credit counseling course on  November 7, 2017; and for good cause shown; it is

     **ORDERED** that the debtor's failure to comply with 11 U.S.C. § 109(h) is excused.

United States Bankruptcy Court
District of New Jersey

In re:
Emanuel Delvalle
      Debtor

Case No. 17-30701-JKS
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 27, 2017
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db         +Emanuel Delvalle,   PO Box #154,   Hackensack, NJ 07602-0154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2017 at the address(es) listed below:
     Fran B. Steele   on behalf of U.S. Trustee   U.S. Trustee Fran.B.Steele@usdoj.gov
     Rebecca Ann Solarz   on behalf of Creditor   THE BANK OF NEW YORK MELLON ET. AL.
       rsolarz@kmllawgroup.com
     U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                            TOTAL: 3