Emanuel Delvalle
277 James Street Apt 1
Hackensack NJ 07601

February 8th 2018

US Bankruptcy Court
c/o Honorable John K Sherwood Staff
50 Walnut Street
Newark, NJ 07102

RE: Case No: 17-30701

Dear Honorable John K Sherwood Staff:

This letter is requesting an extension to file my reorganization plan to March 12th 2018 due to an unexpected vacancy at 291 Power Street Apt 2. The apartment needed $1,800.00 in repairs.
As a result, I did not have enough money to retain, RC Law Group, located at 285 Passaic Street Suite 8 in Hackensack NJ 07601 to assist me with filing my reorganization plan.

Sincerely,

Emanuel Delvalle