UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on March 28, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Emanuel Delvalle

Case No.: 17-30701

Hearing Date: 03/27/2018

Judge: John K. Sherwood

Chapter: 11

Recommended Local Form:   ☐ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
Motion to Extend Exclusivity Period for Chapter 11 Plan

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 28, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

A motion or application having been filed on _____March 08_____, 20 _18_ by _Emanuel Delvalle_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*