**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

RC Law Group, PLLC
285 Passaic Street
Hackensack, NJ 07601
(201) 282-6500
dkohn@rclawgroup.com
Attorneys for Debtor

**Case**
**Chapter**
**Judge:** JKS

Order Filed on June 11, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

**In Re:
Emanuel Delvalle**

                      **Debtor**

# CONSENT ORDER ADJOURNING HEARING DATE FOR CREDITOR'S MOTION FOR RELIEF FROM STAY

The relief set forth on the following page number 2 is hereby **ORDERED**

**DATED: June 11, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page -2-
Debtor: Emanuel Delvalle
Case No.: 17-30701-JKS
Caption of Order: CONSENT ORDER ADJOURNING HEARING DATE FOR CREDITOR'S MOTION FOR RELIEF FROM STAY

---

Secured Creditor, THE BANK OF NEW YORK MELLON ET AL (the "Secured Creditor"), having filed a Motion for Relief from the Stay (the "Motion") regarding the real property located at 291 Powers Street, New Brunswick, NJ 08901 (the "Property") currently owed by Debtor Emanuel Delvalle, the Chapter 11 Debtor in the above referenced proceeding ("the Debtor"), and this Honorable Court held a hearing on June 5, 2018 ordering Debtor to file opposition and serve on Creditor by June 8, 2018 or the motion will be granted, and that until this point in time Debtor has appeared in this matter *pro se*, and it appearing that Debtor has retained counsel to represent him in the above referenced proceedings, and upon the mutual consent of Secured Creditor and the Debtor, and no further notice need be given, and good and sufficient cause appearing for the entry of the within Consent Order, it is hereby ORDERED AS FOLLOWS:

1. The Hearing Date for Secured Creditor's Motion for Relief from the Stay, ECF. Doc. #48, shall be adjourned to Tuesday, July, 17, 2018, at 10:00 AM, before the Honorable John K. Sherwood, Courtroom 3D, 50 Walnut Street, Newark, NJ 07102.

| | |
|---|---|
| **RC Law Group PLLC** | **KML Law Group, PC** |
| *Attorneys for Chapter 11 Debtor Emanuel Delvalle* | *Attorneys for Secured Creditor The Bank of New York Mellon et al* |
| | |
| */s/ Daniel Kohn* | */s/ Denise Carlon* |
| Daniel Kohn, Esq. | Denise Carlon, Esq. |
| 285 Passaic Street | 216 Haddon Avenue, Suite 406 |
| Hackensack, NJ 07601 | Westmont, NJ 08108 |
| Dated: 6/8/18 | Dated: 6/8/18 |