| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>RC Law Group, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>(201) 282-6500<br>dkohn@rclawgroup.com<br>Attorneys for Debtor | Case<br>Chapter<br>Judge: JKS |
| **In Re:**<br>**Emanuel Delvalle**<br><br>　　　　　　　　　　　　　　　**Debtor** | |

*Order Filed on June 11, 2018 by*
*Clerk U.S. Bankruptcy Court*
*District of New Jersey*

# CONSENT ORDER ADJOURNING HEARING DATE FOR CREDITOR'S MOTION FOR RELIEF FROM STAY

　　　The relief set forth on the following page number 2 is hereby **ORDERED**

**DATED: June 11, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable John K. Sherwood
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Page -2-
Debtor: Emanuel Delvalle
Case No.: 17-30701-JKS
Caption of Order: CONSENT ORDER ADJOURNING HEARING DATE FOR CREDITOR'S MOTION FOR RELIEF FROM STAY

    Secured Creditor, THE BANK OF NEW YORK MELLON ET AL (the "Secured Creditor"), having filed a Motion for Relief from the Stay (the "Motion") regarding the real property located at 291 Powers Street, New Brunswick, NJ 08901 (the "Property") currently owed by Debtor Emanuel Delvalle, the Chapter 11 Debtor in the above referenced proceeding ("the Debtor"), and this Honorable Court held a hearing on June 5, 2018 ordering Debtor to file opposition and serve on Creditor by June 8, 2018 or the motion will be granted, and that until this point in time Debtor has appeared in this matter *pro se*, and it appearing that Debtor has retained counsel to represent him in the above referenced proceedings, and upon the mutual consent of Secured Creditor and the Debtor, and no further notice need be given, and good and sufficient cause appearing for the entry of the within Consent Order, it is hereby ORDERED AS FOLLOWS:

1. The Hearing Date for Secured Creditor's Motion for Relief from the Stay, ECF. Doc. #48, shall be adjourned to Tuesday, July, 17, 2018, at 10:00 AM, before the Honorable John K. Sherwood, Courtroom 3D, 50 Walnut Street, Newark, NJ 07102.

| | |
|---|---|
| **RC Law Group PLLC** | **KML Law Group, PC** |
| *Attorneys for Chapter 11 Debtor Emanuel Delvalle* | *Attorneys for Secured Creditor The Bank of New York Mellon et al* |
|   |   |
|     */s/ Daniel Kohn* |     */s/ Denise Carlon* |
| Daniel Kohn, Esq. | Denise Carlon, Esq. |
| 285 Passaic Street | 216 Haddon Avenue, Suite 406 |
| Hackensack, NJ 07601 | Westmont, NJ 08108 |
| Dated: 6/8/18 | Dated: 6/8/18 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-30701-JKS
Emanuel Delvalle                                                      Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin         Page 1 of 1         Date Rcvd: Jun 11, 2018
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.
db              +Emanuel Delvalle,    PO Box #154,    Hackensack, NJ 07602-0154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2018 at the address(es) listed below:
      Daniel   Kohn    on behalf of Debtor Emanuel  Delvalle dkohn@rclawgroup.com
      Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICA AS TRUSTEE
       RESIDENTIAL FUNDING COMPANY, LLC FKA RESIDENTIAL FUNDING CORPORATION ATTORNEY IN FACT
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
      Kevin M. Buttery    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
       bkyefile@rasflaw.com
      Melissa S DiCerbo    on behalf of Creditor    ETRADE BANK nj-ecfmail@mwc-law.com,
       nj-ecfmail@ecf.courtdrive.com
      Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
       rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                  TOTAL: 8