UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RC Law Group, PLLC
285 Passaic Street
Hackensack, NJ 07601
(201) 282-6500
dkohn@rclawgroup.com
Attorneys for Debtor

Order Filed on July 11, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Emanuel Delvalle

Debtor

Case No.: 17-30701

Chapter: 11

Judge: JKS

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 11, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of _____Daniel Kohn_____ for the reduction of time for a hearing on  Debtor's Motion to Vacate Order Granting Relief From the Automatic Stay  filed 7/10/18 _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on July 17, 2018 at 10:00 a.m. in the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102, Courtroom No. 3D.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Deutsche Bank (via KML Law Group, P.C.); Office of the U.S. Trustee

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Any other party in interest or that has requested service

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Deutsche Bank (via KML Law Group, P.C.)

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearance is required by the Debtor to prosecute the motion/application and any objections.

☒ All other parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3