
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

Order Filed on July 25, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
    Delvalle, Emanuel dba Proficient Property Mgmt. LLC,

Debtor

Case No.: 17-30701 JKS

Adv. No.:

Hearing Date: 6/5/18 @ 10:00 a.m.

Judge: John K. Sherwood

# CONSENT ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 25, 2018**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Delvalle, Emanuel dba Proficient Property Mgmt. LLC
Case No: 17-30701 JKS
Caption of Order: CONSENT ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 291 Powers Street, New Brunswick, NJ, 08901, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Daniel Kohn, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 16, 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due February 2018 through July 2018 for a total post-petition default of $13,984.02 (6 @ $2,263.71, less suspense $129.24, attorneys' fees @ $531.00); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $13,984.02 will be paid by Debtor remitting $2,330.67 per month in addition to the regular monthly mortgage payment, which additional payments shall begin on August 1, 2018 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2018, directly to Secured Creditor, PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 11 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

**(Page 3)**
Debtor:  Delvalle, Emanuel dba Proficient Property Mgmt. LLC
Case No:  17-30701 JKS
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR                    Dated:   7/20/18


I hereby agree and consent to the above terms and conditions:


*/s/ Daniel Kohn*
DANIEL KOHN, ESQ., ATTORNEY FOR DEBTOR            Dated:     7/20/18