UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

**Order Filed on July 25, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  <u>17-30701 JKS</u>

Adv. No.:

Hearing Date:  6/5/18 @ 10:00 a.m.

Judge:  <u>John K. Sherwood</u>

In Re:
         Delvalle, Emanuel dba Proficient Property
Mgmt. LLC,

         Debtor

## CONSENT ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION
## FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: July 25, 2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  Delvalle, Emanuel dba Proficient Property Mgmt. LLC
Case No:  17-30701 JKS
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS & RESOLVING
MOTION FOR RELIEF FROM STAY

_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 291 Powers Street, New Brunswick, NJ, 08901, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Daniel Kohn, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of July 16, 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due February 2018 through July 2018 for a total post-petition default of $13,984.02 (6 @ $2,263.71, less suspense $129.24, attorneys' fees @ $531.00); and

      It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $13,984.02 will be paid by Debtor remitting $2,330.67 per month in addition to the regular monthly mortgage payment, which additional payments shall begin on August 1, 2018 and continue for a period of six months until the post-petition arrears are cured; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2018, directly to Secured Creditor, PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 11 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

**(Page 3)**
Debtor:  Delvalle, Emanuel dba Proficient Property Mgmt. LLC
Case No:  17-30701 JKS
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS & RESOLVING
MOTION FOR RELIEF FROM STAY

_____

*/s/ Denise Carlon*
_____
DENISE   CARLON,   ESQ.,   ATTORNEY   FOR   SECURED        Dated:    7/20/18
CREDITOR


I hereby agree and consent to the above terms and conditions:


*/s/ Daniel Kohn*
_____
DANIEL KOHN, ESQ., ATTORNEY FOR DEBTOR        Dated:    7/20/18

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-30701-JKS
Emanuel Delvalle                                                          Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jul 25, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db             +Emanuel Delvalle,   PO Box #154,   Hackensack, NJ 07602-0154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
        Daniel  Kohn    on behalf of Debtor Emanuel   Delvalle dkohn@rclawgroup.com
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICA AS TRUSTEE
         RESIDENTIAL FUNDING COMPANY, LLC FKA RESIDENTIAL FUNDING CORPORATION ATTORNEY IN FACT
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
        Kevin M. Buttery    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
         bkyefile@rasflaw.com
        Melissa S DiCerbo    on behalf of Creditor    ETRADE BANK nj-ecfmail@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
         rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 8