UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
DEUTSCHE BANK TRUST COMPANY AMERICAS,
AS TRUSTEE FOR RESIDENTIAL ACCREDIT
LOANS, INC., MORTGAGE ASSET-BACKED PASS-
THROUGH CERTIFICATES, SERIES 2005-QA6

**Order Filed on July 28, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:  17-30701 JKS

Adv. No.:

Hearing Date: 4/17/18 @ 11:00 a.m.

Judge:  John K. Sherwood

In Re:
          Emanuel Delvalle,

Debtor.

## ORDER TEMPORARILY REINSTATING STAY & ADJOURNING HEARING TO
## August 28, 2018

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: July 28, 2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  Emanuel Delvalle
Case No:  17-30701 JKS
Caption of Order:  ORDER TEMPORARILY REINSTATING STAY & ADJOURNING HEARING TO
August 28, 2018
_____

      This matter having been brought before the Court by Debtor Emanuel Delvalle on shortenend time, Daniel Kohn, Esquire appearing, upon a motion to reimpose the automatic stay as to real property known as 277 James Street, Hackensack, NJ, 07601, and this Court having considered the representations of attorneys for Debtor and KML Law Group, P.C., attorneys for Secured Creditor, DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-QA6, Denise Carlon appearing, and it appearing that notice of said motion was properly served upon all parties concerned, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of July 18, 2018, Debtor due for February 2018 with $782.60 in suspense for a default of $12,172.00 (6 @2,159.10, less suspense $782.60) and

      It is **ORDERED, ADJUDGED and DECREED** that the payments due June 2018 – July 2018 are made by Friday, July 20, 2018; and

      It is **ORDERED, ADJUDGED and DECREED** that the payments due for August 2018 are made by Friday, August 3, 2018; and

      It is **ORDERED, ADJUDGED and DECREED** that if payments are not made by the dates and amounts listed above, Secured Creditor can submit an Order denying the motion and vacating the temporary stay along with a certification of default; and

      It is **ORDERED, ADJUDGED and DECREED** that the Debtor must file a certification regarding the payment of the remaining arrears by August 21, 2018

      It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to real property known as 277 James Street, Hackensack, NJ, 07601, is hereby temporarily REINSTATED  to and through August 28, 2018; and

      It is further **ORDERED, ADJUDGED and DECREED** that hearing on the motion to reimpose the automatic stay as to the subject property is hereby adjourned to August 28, 2018.