| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>DEUTSCHE BANK TRUST COMPANY AMERICAS,<br>AS TRUSTEE FOR RESIDENTIAL ACCREDIT<br>LOANS, INC., MORTGAGE ASSET-BACKED PASS-<br>THROUGH CERTIFICATES, SERIES 2005-QA6 | Order Filed on July 28, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 17-30701 JKS<br>Adv. No.:<br>Hearing Date: 4/17/18 @ 11:00 a.m.<br>Judge: John K. Sherwood |
| In Re:<br>      Emanuel Delvalle,<br>Debtor. | |

**ORDER TEMPORARILY REINSTATING STAY & ADJOURNING HEARING TO**
**August 28, 2018**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 28, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Emanuel Delvalle
Case No: 17-30701 JKS
Caption of Order: ORDER TEMPORARILY REINSTATING STAY & ADJOURNING HEARING TO August 28, 2018

_____

This matter having been brought before the Court by Debtor Emanuel Delvalle on shortenend time, Daniel Kohn, Esquire appearing, upon a motion to reimpose the automatic stay as to real property known as 277 James Street, Hackensack, NJ, 07601, and this Court having considered the representations of attorneys for Debtor and KML Law Group, P.C., attorneys for Secured Creditor, DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-QA6, Denise Carlon appearing, and it appearing that notice of said motion was properly served upon all parties concerned, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 18, 2018, Debtor due for February 2018 with $782.60 in suspense for a default of $12,172.00 (6 @2,159.10, less suspense $782.60) and

It is **ORDERED, ADJUDGED and DECREED** that the payments due June 2018 – July 2018 are made by Friday, July 20, 2018; and

It is **ORDERED, ADJUDGED and DECREED** that the payments due for August 2018 are made by Friday, August 3, 2018; and

It is **ORDERED, ADJUDGED and DECREED** that if payments are not made by the dates and amounts listed above, Secured Creditor can submit an Order denying the motion and vacating the temporary stay along with a certification of default; and

It is **ORDERED, ADJUDGED and DECREED** that the Debtor must file a certification regarding the payment of the remaining arrears by August 21, 2018

It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to real property known as 277 James Street, Hackensack, NJ, 07601, is hereby temporarily REINSTATED to and through August 28, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that hearing on the motion to reimpose the automatic stay as to the subject property is hereby adjourned to August 28, 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Emanuel Delvalle  
      Debtor

Case No. 17-30701-JKS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jul 30, 2018  
                          Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2018.  
db        +Emanuel Delvalle,   PO Box #154,   Hackensack, NJ 07602-0154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2018 at the address(es) listed below:  
        Daniel Kohn   on behalf of Debtor Emanuel Delvalle dkohn@rclawgroup.com  
        Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON ET. AL.  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon   on behalf of Creditor   DEUTSCHE BANK TRUST COMPANY AMERICA AS TRUSTEE RESIDENTIAL FUNDING COMPANY, LLC FKA RESIDENTIAL FUNDING CORPORATION ATTORNEY IN FACT  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Fran B. Steele   on behalf of U.S. Trustee   U.S. Trustee Fran.B.Steele@usdoj.gov  
        Kevin M. Buttery   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bkyefile@rasflaw.com  
        Melissa S DiCerbo   on behalf of Creditor   ETRADE BANK nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
        Rebecca Ann Solarz   on behalf of Creditor   THE BANK OF NEW YORK MELLON ET. AL. rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                        TOTAL: 8