| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-QA6 | Order Filed on September 4, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey<br><br>Case No.: <u>17-30701 JKS</u><br><br>Adv. No.:<br><br>Hearing Date: 8/28/18 @ 11:00 a.m.<br><br>Judge: <u>John K. Sherwood</u> |
| In Re:<br>    Emanuel Delvalle,<br><br>Debtor. | |

# ORDER VACATING AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 4, 2018**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Emanuel Delvalle
Case No: 17-30701 JKS
Caption of Order: ORDER VACATING AUTOMATIC STAY
_____

This matter having been brought before the Court by Debtor Emanuel Delvalle on shortenend time, Daniel Kohn, Esquire appearing, upon a motion to reimpose the automatic stay as to real property known as **277 James Street, Hackensack, NJ, 07601**, and this Court having considered the representations of attorneys for Debtor and KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank Trust Company Americas, As Trustee for Residential Accredit Loans Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA6, Denise Carlon appearing, and it appearing that notice of said motion was properly served upon all parties concerned, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that Debtor failed to comply with all terms of the Court's Order Temporarily Reinstating the Stay entered on July 28, 2018;

It is **ORDERED, ADJUDGED and DECREED** that the Debtor's motion to reinstate the automatic stay as to the subject property     is hereby denied; and

It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to 277 James Street is hereby vacated to permit Secured Creditor to institute or resume and prosecute to conclusion one or more actions in the courts of appropriate jurisdiction to pursued its rights in the collateral; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor, its successors or assigns, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives. Additionally, any purchaser of the property at Sheriff's Sale or their assign, may take any legal action for enforcement of its right to possession of the property; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the bankruptcy code.