Form 169 – ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−30701−JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Emanuel Delvalle
   dba Proficient Property Mgmt. LLC
   PO Box #154
   Hackensack, NJ 07602

Social Security No.:
   xxx−xx−5872

Employer's Tax I.D. No.:
   27−0700382, 20−1024759

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by UNITED STATES TRUSTEE.

Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable John K. Sherwood on:

Date:                October 30, 2018
Time:                10:00 AM
Location:            Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Dated: September 26, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-30701-JKS
Emanuel Delvalle                                                          Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Sep 26, 2018
                             Form ID: 169          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db            +Emanuel Delvalle,   PO Box #154,   Hackensack, NJ 07602-0154
cr            +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,   Robertson, Anschutz & Schneid, P. L.,
               6409 Congress Avenue, suite 100,   Boca Raton, FL 33487-2853
517189533      Bayview Loan Servicig LLC,   PO Box 650091,   Dallas, TX 75265-0091
517117753     +Bayview Loan Servicing LLC,   232 Hamilton St.,   New Brunswick NJ 08901-1845
517119815     +Carl R Swain,   233 Hamilton St., Apt 2,   New Brunswick NJ 08901-1845
517117778     +Chase Bank USA,   900 US highway 9 North Ste 401,   Woodbridge NJ 07095-1003
517117776     +Citibank South Dakota,   1787 Veterans Highway Ste 32,   Islandia NY 11749-1500
517119810     +Crystal Quiroz,   169 North 4th St., Apt 2,   Paterson NJ 07522-1363
517342537     +Deutsche Bank Trust Company Americas, et al,   c/o PNC Bank, National Association,
               Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
517117779      Hackensack Radiology,   315 Rt 10 East Ste 201,   Denville NJ 07834
517189534     +IRS,   51 Haddonfield Rd.,   Cherry Hill, NJ 08002-4801
517119809     +Ideal Lopez,   169 North 4th St Apt 1,   Paterson NJ 07522-1363
517119814     +Kaiga Zhu,   232 Hamilton St., Apt 1,   New Brunswick NJ 08901-1845
517119812     +Latisha Moore,   291 Power St., Apt 2,   New Brunswick NJ 08901-3067
517117751     +Owen Loan Servicing LLC,   169 North 4th St,   Paterson NJ 07522-1363
517117749     +PNC Mortgage,   277 James St,   Hackensack NJ 07601-2738
517117752     +PNC Mortgage,   291 Power St,   New Brunswick NJ 08901-3067
517189531      PNC Mortgage/Bank,   PO Box 1820,   Dayton, OH 45401-1820
517117780     +Paramus Emergency Physicians,   245 Main St,   Dickson NJ 18519-1641
517189535      Paramus Emergency Physicians,   255 Main Street,   Dickson, NJ 18519
517117781     +Paramus Emergency Physicians,   PO Box 25759,   Greenville SC 29616-0759
517119808     #+Rachel Adams & Alec Twibell,   277 James St,   Hackensack NJ 07601-2738
517119813     +Raul Narrano,   291 Power St., Apt 2,   New Brunswick NJ 08901-3067
517189536     #+Robert Scherer,   250 4th Avenue,   Garwood, NJ 07027-1115
517242396     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Department of Treasury,
               Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
517119816     +Sabrina Y Guzman,   130 Glenbrook Prkwy,   Englewood NJ 07631-2158
517117755     +Sandra Fernandez,   220 Midland Ace., Apt 2,   Kearny NJ 07032-3549
517342230     +The Bank of New York Mellon, et al,   c/o PNC Bank, National Association,   Attn: Bankruptcy,
               3232 Newmark Drive,   Miamisburg, OH 45342-5421
517326630     +U.S. Bank National Association, not individually b,   1661 Worthington Road, Suite 100,
               West Palm Beach, FL 33409-6493
517117754     +Well Fargo,   PO Box 14529,   Des Moines IA 50306-3529
517117750     +Wells Fargo Bank,   277 James St,   Hackensack NJ 07601-2738
517160220     +Wells Fargo Bank, N.A. Home Equity Group,   1 Home Campus  X2303-01A,
               Des Moines, IA 50328-0001
517119811     +Yaconda Porchea,   169 North 4th St., Apt 3,   Paterson NJ 07522-1363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: cio.bncmail@irs.gov Sep 27 2018 00:29:25    Dist Dir of IRS,
               Insolvency Function,   PO Box 724,   Springfield, NJ  07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2018 00:30:00    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2018 00:29:56    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517342321      E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 27 2018 00:30:29    E*TRADE Bank,
               c/o Bayview Loan Servicing, LLC,   4425 Ponce de Leon Boulevard,   5th Floor,
               Coral Gables, FL 33146-1837
517520616      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 00:34:40
               LVNV Funding LLC C/O Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
517339826      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 00:33:15
               LVNV Funding LLC, C/O Resurgent Capital Services,   P.O. Box 10675,
               Greenville, SC 29603-0675
517189532     +Fax: 407-737-5634 Sep 27 2018 01:09:12    Ocwen Loan Servicing LLC,   1661 Worthington Rd.,
               Ste. 100,   West Palm Beach, FL 33409-6493
517119807     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 27 2018 00:29:00
               Verizon Wireless,   PO Box 4003,   Acworth GA 30101-9004
                                                                                  TOTAL: 8

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517117777*    +Citibank South Dakota,   1787 Veterans Highway Ste 32,   Islandia NY 11749-1500
517117757*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court:  IRS,   Philadelphia PA 19255)
517129571*    +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
517117756*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   PO Box 283,   Trenton NJ 08695)
                                                                           TOTALS: 0, * 4, ## 0

```
District/off: 0312-2          User: admin            Page 2 of 2        Date Rcvd: Sep 26, 2018
                              Form ID: 169            Total Noticed: 41
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
          Daniel  Kohn    on behalf of Debtor Emanuel  Delvalle dkohn@rclawgroup.com
          Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON ET. AL.
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   DEUTSCHE BANK TRUST COMPANY AMERICA AS TRUSTEE
           RESIDENTIAL FUNDING COMPANY, LLC FKA RESIDENTIAL FUNDING CORPORATION ATTORNEY IN FACT
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Fran B. Steele   on behalf of U.S. Trustee   U.S. Trustee Fran.B.Steele@usdoj.gov
          Kevin M. Buttery   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
           bkyefile@rasflaw.com
          Melissa S DiCerbo   on behalf of Creditor   ETRADE BANK nj-ecfmail@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Rebecca Ann Solarz   on behalf of Creditor   THE BANK OF NEW YORK MELLON ET. AL.
           rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8
```