Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−30701−JKS
                Chapter: 11
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Emanuel Delvalle
    dba Proficient Property Mgmt. LLC
    PO Box #154
    Hackensack, NJ 07602

Social Security No.:
    xxx−xx−5872

Employer's Tax I.D. No.:
    27−0700382, 20−1024759

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/31/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 31, 2018
JAN: mg

                                                                                                    Jeanne Naughton
                                                                                                    Clerk

```
                           United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                              Case No. 17-30701-JKS
Emanuel Delvalle                                                    Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2              Date Rcvd: Oct 31, 2018
                              Form ID: 148              Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
```
db             +Emanuel Delvalle,    PO Box #154,     Hackensack, NJ 07602-0154
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,    Robertson, Anschutz & Schneid, P. L.,
                 6409 Congress Avenue, suite 100,    Boca Raton, FL 33487-2853
517189533       Bayview Loan Servicig LLC,    PO Box 650091,    Dallas, TX 75265-0091
517117753      +Bayview Loan Servicing LLC,    232 Hamilton St,    New Brunswick NJ 08901-1845
517119815      +Carl R Swain,    232 Hamilton St., Apt 2,    New Brunswick NJ 08901-1845
517117776      +Citibank South Dakota,    1787 Veterans Highway Ste 32,    Islandia NY 11749-1500
517119810      +Crystal Quiroz,    169 North 4th St., Apt 2,    Paterson NJ 07522-1363
517342537      +Deutsche Bank Trust Company Americas, et al,    c/o PNC Bank, National Association,
                 Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
517117779       Hackensack Radiology,    315 Rt 10 East Ste 201,    Denville NJ 07834
517119809      +Ideal Lopez,    169 North 4th St Apt 1,    Paterson NJ 07522-1363
517119814      +Kaiga Zhu,    232 Hamilton St., Apt 2,    New Brunswick NJ 08901-1845
517119812      +Latisha Moore,    291 Power St., Apt 2,    New Brunswick NJ 08901-3067
517117751      +Owen Loan Servicing LLC,    169 North 4th St,    Paterson NJ 07522-1363
517117749      +PNC Mortgage,    277 James St,    Hackensack NJ 07601-2738
517117752      +PNC Mortgage,    291 Power St,    New Brunswick NJ 08901-3067
517189531       PNC Mortgage/Bank,    PO Box 1820,    Dayton, OH 45401-1820
517117780      +Paramus Emergency Physicians,    245 Main St,    Dickson NJ 18519-1641
517189535       Paramus Emergency Physicians,    255 Main Street,    Dickson, NJ 18519
517117781      +Paramus Emergency Physicians,    PO Box 25759,    Greenville SC 29616-0759
517119808     #+Rachel Adams & Alec Twibell,    277 James St,    Hackensack NJ 07601-2738
517119813      +Raul Narrano,    291 Power St., Apt 2,    New Brunswick NJ 08901-3067
517189536     #+Robert Scherer,    250 4th Avenue,    Garwood, NJ 07027-1115
517242396     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517119816      +Sabrina Y Guzman,    130 Glenbrook Prkwy,    Englewood NJ 07631-2158
517117755      +Sandra Fernandez,    220 Midland Ace., Apt 2,    Kearny NJ 07032-3549
517342230      +The Bank of New York Mellon, et al,    c/o PNC Bank, National Association,    Attn: Bankruptcy,
                 3232 Newmark Drive,    Miamisburg, OH 45342-5421
517326630      +U.S. Bank National Association, not individually b,    1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
517117750      +Wells Fargo Bank,    277 James St,    Hackensack NJ 07601-2738
517119811      +Yaconda Porchea,    169 North 4th St., Apt 3,    Paterson NJ 07522-1363
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: IRS.COM Nov 01 2018 03:28:00     Dist Dir of IRS,    Insolvency Function,    PO Box 724,
                 Springfield, NJ 07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 31 2018 23:56:27     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 31 2018 23:56:25     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517117778      +EDI: CHASE.COM Nov 01 2018 03:33:00     Chase Bank USA,    900 US highway 9 North Ste 401,
                 Woodbridge NJ 07095-1003
517342321      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 31 2018 23:56:53     E*TRADE Bank,
                 c/o Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
517520616       EDI: RESURGENT.COM Nov 01 2018 03:33:00     LVNV Funding LLC C/O Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517339826       EDI: RESURGENT.COM Nov 01 2018 03:33:00     LVNV Funding LLC, C/O Resurgent Capital Services,
                 P.O. Box 10675,    Greenville, SC 29603-0675
517189532      +Fax: 407-737-5634 Nov 01 2018 00:28:35     Ocwen Loan Servicing LLC,    1661 Worthington Rd.,
                 Ste. 100,    West Palm Beach, FL 33409-6493
517119807      +EDI: VERIZONCOMB.COM Nov 01 2018 03:28:00     Verizon Wireless,    PO Box 4003,
                 Acworth GA 30101-9004
517117754      +EDI: WFFC.COM Nov 01 2018 03:28:00     Well Fargo,    PO Box 14529,    Des Moines IA 50306-3529
517160220      +EDI: WFFC.COM Nov 01 2018 03:28:00     Wells Fargo Bank, N.A. Home Equity Group,
                 1 Home Campus  X2303-01A,    Des Moines, IA 50328-0001
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517117777*     +Citibank South Dakota,    1787 Veterans Highway Ste 32,    Islandia NY 11749-1500
517117757*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   IRS,   Philadelphia PA 19255)
517189534*     +IRS,    51 Haddonfield Rd.,    Cherry Hill, NJ 08002-4801
517129571*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517117756*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    PO Box 283,    Trenton NJ 08695)
                                                                                               TOTALS: 0, * 5, ## 0
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Oct 31, 2018
                              Form ID: 148             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
```
              Daniel   Kohn    on behalf of Debtor Emanuel  Delvalle dkohn@rclawgroup.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICA AS TRUSTEE
               RESIDENTIAL FUNDING COMPANY, LLC FKA RESIDENTIAL FUNDING CORPORATION ATTORNEY IN FACT
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Kevin M. Buttery    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               bkyefile@rasflaw.com
              Melissa S DiCerbo    on behalf of Creditor    ETRADE BANK nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```