UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Fran B. Steele, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail: Fran.B.Steele@usdoj.gov

**Order Filed on October 31, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 17-30701 (JKS) |
| Emanuel Delvalle, | Chapter 11 |
| Debtor. | Hearing Date: October 30, 2018 at 10:00 a.m. |
| | Judge: The Honorable John K. Sherwood |

### ORDER DISMISSING CASE

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

......

**DATED: October 31, 2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

Emanuel Delvalle

Chapter 11 Case No.: 17-30701 (JKS)

**Order Dismissing Case**

---

       Upon consideration of the motion of the Acting United States Trustee, by and through counsel, under 11

U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case,

and notice of the motion having been given to the debtor and his counsel, and the Court having found cause for

the entry of the within order, and the Court having further found that the entry of the within order is in the best

interests of creditors and the bankruptcy estate, it is hereby:

       **ORDERED** that the above-captioned case, Emanuel Delvalle, Case No. 17-30701 (JKS) is dismissed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-30701-JKS
Emanuel Delvalle                                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Oct 31, 2018
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
db             +Emanuel Delvalle,   PO Box #154,   Hackensack, NJ 07602-0154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
        Daniel  Kohn    on behalf of Debtor Emanuel  Delvalle dkohn@rclawgroup.com
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICA AS TRUSTEE
         RESIDENTIAL FUNDING COMPANY, LLC FKA RESIDENTIAL FUNDING CORPORATION ATTORNEY IN FACT
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
        Kevin M. Buttery    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
         bkyefile@rasflaw.com
        Melissa S DiCerbo    on behalf of Creditor    ETRADE BANK nj-ecfmail@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
         rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 8