Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17–30701–JKS
        Chapter:  11
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Emanuel Delvalle
  dba Proficient Property Mgmt. LLC
  PO Box #154
  Hackensack, NJ 07602

Social Security No.:
  xxx–xx–5872

Employer's Tax I.D. No.:
  27–0700382, 20–1024759

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 17, 2019</u>        <u>John K. Sherwood</u>
                                        Judge, United States Bankruptcy Court